UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

December 6, 2018

To: **Rebecca Solarz, Esq.**

          In re: **Marianne Dugan**
          Bankruptcy No. **16-17625ELF**
          Adversary No.
          Chapter **13**

Re **Motion for Relief from Stay and Co-Debtor Stay (docket #49)**

The above document(s) were filed in this office on **12/5/18.** Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

    ()    Voluntary Petition
    ()    Adversary Proceeding
    ()    $31.00 Filing Fee for Amendments
    ()    $25.00 Claims Transfer Fee
    (**x**)    Motion Filing Fee $181.00

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

          Timothy B. McGrath
          Clerk


          By:**Randi Janoff**
          Deputy Clerk

*Fee Notice*
*(11/26/18)*