United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marianne Dugan  
     Debtor

Case No. 16-17625-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Randi | Page 1 of 1 | Date Rcvd: Jan 16, 2019 |
|---|---|---|---|
| | Form ID: trc | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2019.  
13818652     Sterling Jewelers Inc.,   c/o Five Lakes Agency, Inc.,   P.O. Box 80730,   Rochester, MI 48308-0730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2019 at the address(es) listed below:  
     BRAD J. SADEK   on behalf of Debtor Marianne  Dugan brad@sadeklaw.com,  bradsadek@gmail.com  
     KEVIN M. BUTTERY   on behalf of Creditor    Wilmington Savings Fund Society, FSB  kbuttery@rascrane.com  
     REBECCA ANN SOLARZ   on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a  Christiana Trust, not individually but as trustee for Hilldale Trust bkgroup@kmllawgroup.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
     TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-17625-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Marianne Dugan
3641 Canby Drive
Philadelphia PA 19154

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/15/2019.

Name and Address of Alleged Transferor(s):

Claim No. 1: Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730

Name and Address of Transferee:

DNF Associates, LLC C/O Jefferson Capital Systems LLC Assignee,
PO Box 7999, Saint Cloud MN 56302-9617

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    01/18/19

Tim McGrath
**CLERK OF THE COURT**