# UNITED STATES BANKRUPTCY COURT
### Eastern District of Pennsylvania (Philadelphia)

IN RE:                                            Case No.:    16-17625

Debtors: Marianne Dugan                  Loan Number (Last 4):    4365

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust | Fay Servicing, LLC |
| Serviced by Select Portfolio Servicing, Inc. | |
| Name of Transferee | Name of Transferor |
| | |
| PO Box 65250 | Court Claim # (if known): 7 |
| Salt Lake City, UT 84165 | Amount of Claim: $202,087.58 |
| | Date Claim Filed: 04/11/2017 |
| Phone: 1-800-258-8602 | Last Four Digits of Acct #: 9703 |
| Last Four Digits of Acct #: 4365 | |

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone:    1-800-258-8602

Last Four Digits of Acct #:    4365

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ John Shelley                                    Date:    01/30/2020

       InfoEx, LLC, as authorized filing agent
        (Approved by: Michelle Enoch)

Specific Contact Information:
Michelle Enoch - Bankruptcy Supervisor
Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

488201-c407523b-4f77-4d96-8c65-4249bdc05ad2