**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE  District of  -**

**RE:**                                                                :

                                                                        : Bankruptcy Number:
                                                                        :
                                                                        :
**Debtor**                                                      : Chapter:
                                                                        :
                                                                        :
                                                                        :
                                                                        :
                                                                        :

### REQUEST FOR NOTICES

### TO THE CLERK OF THE U. S. BANKRUPTCY COURT

   Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, , hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

    Dated:

                                                                        By: _____/S/_____

                                                                        Commonwealth of Pennsylvania
                                                                        Department of Labor and Industry
                                                                        Collections Support Unit
                                                                        651 Boas Street, Room 925
                                                                        Harrisburg, PA 17121
                                                                        Telephone: (717) 787-7627
                                                                        Fax: (717) 787-7671
                                                                        Email: