United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 16-17625-elf

Marianne Dugan                                                                      Chapter 13
　　　Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 14, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14459710 | + U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2021                                    Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Marianne Dugan brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society  FSB cwohlrab@raslg.com |
| KEVIN M. BUTTERY | on behalf of Creditor Wilmington Savings Fund Society  FSB cdigianantonio@rascrane.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust bkgroup@kmllawgroup.com |
| United States Trustee | |

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Sep 14, 2021                       Form ID: trc                                 Total Noticed: 1

                        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
                        ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-17625-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Marianne Dugan
3641 Canby Drive
Philadelphia PA 19154

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/13/2021.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165 | NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville  SC  29603 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/16/21

Tim McGrath
**CLERK OF THE COURT**