Certificate Number: 03088-PAE-DE-036248790

Bankruptcy Case Number: 16-17625



03088-PAE-DE-036248790

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>January 7, 2022</u>, at <u>4:17</u> o'clock <u>PM CST</u>, <u>Marianne Dugan</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:    <u>January 7, 2022</u>              By:    <u>/s/Doug Tonne</u>

                                                                             Name:    <u>Doug Tonne</u>

                                                                             Title:    <u>Counselor</u>