*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Marianne Dugan
        Debtor(s)

Case No: 16–17625–elf

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/18/22