United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marianne Dugan  
    Debtor

Case No. 16-17625-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 18, 2022      Form ID: 138OBJ      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marianne Dugan, 3641 Canby Drive, Philadelphia, PA 19154-2007 |
| 13816188 | + | ARS/Account Resolution Specialist, Po Box 459079, Sunrise, FL 33345-9079 |
| 13816190 | + | BSI Financial Services, P.O. Box 517, Titusville, PA 16354-0517 |
| 13816189 | + | Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 13816192 | + | Central Financial Control, Po Box 66044, Anaheim, CA 92816-6044 |
| 14258508 | | DNF Associates, LLC C/O Jefferson, Capital Systems LLC Assignee,, PO Box 7999, Saint Cloud MN 56302-9617 |
| 13970056 | | Fay Servicing LLC, P.O. Box 814609, Dallas, TX 75381-4609 |
| 13899820 | + | Fay Servicing, LLC, 440 S. LaSalle Street, Suite 2000, Chicago, IL 60605-5011 |
| 14635779 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |
| 14628825 | + | Office of Unemployment Compensation, Tax Services, Dept of Labor and Industry, Collection Support Unit, 651 Boas Street, Room 925, Harrisburg PA 17121-0751 |
| 13816195 | + | Phelan Hallinan Diamond & Jones, 400 Fellowship Road, #100, Mount Laurel, NJ 08054-3437 |
| 13828268 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 13818652 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 14459710 | + | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14474197 | + | U.S. Bank Trust National Association as Trustee fo, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13816196 | + | United Rev, Po Box 1184, Langhorne, PA 19047-6184 |
| 14225563 | + | WSFS FSB, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 19 2022 04:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 19 2022 04:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 19 2022 04:10:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13846780 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2022 04:15:12 | Ashley Funding Services, LLC its successors and, assigns as assignee of Syndicated, Office Systems, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13896058 | | Email/Text: megan.harper@phila.gov | Jan 19 2022 04:10:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13816191 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 19 2022 04:15:10 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13816193 | | Email/Text: ebnnotifications@creditacceptance.com | | |

| | | | Jan 19 2022 04:10:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 13816194 | + | Email/Text: Bankruptcies@nragroup.com | | |
| | | | Jan 19 2022 04:10:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 13899803 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jan 19 2022 04:15:14 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13872846 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Jan 19 2022 04:15:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13828526 | *+ | ARS/Account Resolution Specialist, P.O. Box 459079, Sunrise, FL 33345-9079 |
| 13828528 | *+ | BSI Financial Services, P.O. Box 517, Titusville, PA 16354-0517 |
| 13828527 | *+ | Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, P.O. Box 1799, Akron, OH 44309-1799 |
| 13828529 | *+ | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13828530 | *+ | Central Financial Control, P.O. Box 66044, Anaheim, CA 92816-6044 |
| 13828531 | *+ | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 13828532 | *+ | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 13828533 | *+ | Phelan Hallinan Diamond & Jones, 400 Fellowship Road, #100, Mount Laurel, NJ 08054-3437 |
| 13828534 | *+ | United Rev, P.O. Box 1184, Langhorne, PA 19047-6184 |
| 14005044 | ##+ | Fay Servicing, LLC, 3000 Kellway Dr., Ste 150, Carrollton, TX 75006-3357 |

TOTAL: 0 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 20, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Marianne Dugan brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society FSB cwohlrab@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN M. BUTTERY | on behalf of Creditor Wilmington Savings Fund Society FSB cdigianantonio@rascrane.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 18, 2022 | Form ID: 138OBJ | Total Noticed: 27 |

REBECCA ANN SOLARZ
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Marianne Dugan
        Debtor(s)

Case No: 16−17625−elf
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/18/22